# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

JUAN C. ALDAYTURRIAGA
and MARIA E. ALFONSO d/b/a
MI PUEBLITO,
Plaintiffs,

v.                                                          CASE NUMBER: 2:09-cv-2421-B

VALLEY FORGE INSURANCE
COMPANY,
Defendants,

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 1/7/2010, this case is hereby Remanded to State Court.

**APPROVED:**

                                                                         **s/J. Daniel Breen**
                                                                         **United   States   District   Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**